RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  1/6/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JANE DOE as next friend to her minor daughters JOAN DOE AND JILL DOE | CIVIL ACTION NO.: 09-cv-1565 |
| VERSUS | JUDGE HAIK |
| VERMILLION PARISH SCHOOL BOARD, ET AL | MAGISTRATE JUDGE HILL |

## RULING

This Court had previously set a Preliminary Injunction hearing on January 5, 2010. That matter was set aside by the Court in order to rule on several motions filed by the parties. This Court, after reviewing all the documents and hearing oral argument makes the following rulings:

1. Defendants Motion to Strike Witnesses and/or to Set Aside the January 5th Hearing Date [Doc. 30] is DISMISSED as moot.

2. Defendant's Motion to Dismiss [Doc. 31] certain parties and causes of action is GRANTED in part and DENIED in part. The Court GRANTS the Motion to Dismiss all of the Vermillion Parish School Board Members in their official and individual capacities. This Court further dismisses all causes of action filed against Defendant David Dupuis and Defendant Randy Schexnayder in their official capacities. At this time, the Court DENIES the Defendant's Motion to Dismiss any individual action and any action brought against Defendants Dupuis and Schexnayder in their individual capacities.

Plaintiff's Cross Motion for Protective Order [Doc. 32] is DENIED and the Court hereby ORDERS the following:

1. Plaintiffs may proceed under the pseudonyms Jane Doe, Joan Doe, and Jill Doe.

2. All child witnesses' shall be identified in this action by pseudonyms.

3. All adult witnesses (except Plaintiff, Jane Doe) names shall not be sealed.

4. All exhibits, memoranda, affidavits, and other papers filed with the Court in connection with this action shall be written or redacted so as to exclude Plaintiffs' and child witnesses' true names and identities and to refer to Plaintiffs and child witnesses by their pseudonyms.

5. Any recipient of the true names of the Plaintiffs or child witnesses in this action shall not disclose those true names to anyone who is not a party to the action, including, without limitation, to Parish or school faculty or administration, parents, students or the media.

6. Plaintiffs and their counsel, Defendants and their counsel and any other recipient of the true names shall use those names for purposes of this litigation only. They shall not use the true names or identities of the Plaintiffs or Pseudonym Witnesses for any other purpose, including, without limitation, assignment to a particular school or class, participation in education and extracurricular activities, evaluation, discipline, or for publication. Anyone who releases the real names of the Plaintiffs or child pseudonym witnesses involved in this action are subject to contempt proceedings before this court.

7. There is to be no retribution of any kind against any child as a result of them or their parents testifying in this action. Anyone who does so will be subject to contempt proceedings before this court.

8. The Vermillion Parish School Board is allowed to have one representative of the School Board and the Superintendent of Education, Randy Schexnayder, present in the Court room during these proceedings.

9. The February 8, 2010 hearing will be open to the general public and the media upon

presentation of their credentials. However, when a child witness is testifying the court room will be closed to the general public, but will remain open for the members of the media presenting proper credentials. During direct and cross examination the child witnesses as well as the Plaintiffs shall be referred to by their pseudonyms.

10. The provisions of this Order shall survive the termination of this litigation.

Plaintiff's Motion for Leave to Take Additional Depositions [Doc. 48] is hereby GRANTED.

Defendant's Motion for Leave to File Sur Reply [Doc. 52] is hereby DENIED.

THUS DONE AND SIGNED on this 5th day of January, 2010, Lafayette, Louisiana.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA