RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/22/10
68

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JANE DOE | * | CIVIL ACTION NO. 09-1565 |
| VERSUS | * | JUDGE HAIK |
| VERMILION PARISH SCHOOL BOARD | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** Motion for Partial Dismissal of Plaintiff's Claims filed by defendants, Vermilion Parish School Board, Randy Schexnayder, and David Dupuis, Principal of Rene A. Rost Middle School [rec. doc. 64] be DENIED.

Lafayette, Louisiana, this 19th day of February, 2010.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE