**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

# TRANSCRIPT ORDER

**District Court:** U.S. District Court for Western District of Louisiana (Lafayette)
**District Court Docket Number:** 09-CV-1565
**Short Case Title:** Doe et al v. Vermilion Parish School Board et al
**Court Reporter:** LaRae Bourque
**Date Notice of Appeal Filed by Clerk of District Court:** 04/21/2010
**Court of Appeals #:** _____ (If Available)

## PART I.
(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete one of the following:**
- [ ] No hearings
- [ ] Transcript is unnecessary for appeal purposes
- [X] Transcript is already on file in Clerk's office
- [ ] This is to order a transcript of the following proceedings: (check appropriate box)
   Voir dire [ ]; Opening statement of plaintiff [ ]; defendant [ ];
   Closing argument of plaintiff [ ]; defendant [ ]; Opinion of court [ ];
   Jury instructions [ ]; Sentencing [ ]; Bail hearing [ ];

**RECEIVED MAY 0 4 2010  mbd**
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 1/25/2010 | Motion Hearing | Magistrate Judge Hill |
| 1/29/2010 | Motion Hearing | Magistrate Judge Hill |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANCEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- [X] Private funds;
- [ ] Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- [ ] Other IFP Funds;
- [ ] Advance Payment waived by reporter;
- [ ] U.S. Government Funds;
- [ ] Other

**Signature:** Katie Schwartzmann
**Print Name:** Katie Schwartzmann
**Address:** P.O. Box 56157, New Orleans, Louisiana 70156
**Date Transcript Ordered:** 4/30/2010
**Counsel for:** Jane Doe (Appellant)
**Phone Number:** (504) 592-8056 x 22

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

## PART II. COURT REPORTER ACKNOWLEDGEMENT
(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- [ ] Satisfactory Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made. Reason: [ ] Deposit not received  [ ] Unable to contact ordering party  [ ] Other (Specify) _____

**Date** _____   **Signature of Court Reporter** _____   **Telephone** _____
**Address of Court Reporter:** _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

## PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT
(To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.
_____ Actual Number of Pages   _____ Actual Number of Volumes

**Date** _____   **Signature of Court Reporter** _____

DKT-13 (5/96) modified 01/05 WDTX



P.O. BOX 56157
NEW ORLEANS, LA 70156
P: (504) 592-8056
F: (888) 534-2996

**KATIE SCHWARTZMANN**
LEGAL DIRECTOR

April 30, 2010

United States Courthouse
800 Lafayette Street
Lafayette, LA 70501

Re:   Transcript Order Forms
      *Doe v. Vermilion Parish School Board*, case no. 09-cv-1565

Dear Sir or Madam:

Enclosed please find two transcript order forms for the above-captioned case. Appellant has completed Part I of the process with regard to each form, and is enclosing one copy for this Court, in accordance with the distribution rules contained in the instructions.

Thank you very much for your assistance in this matter, and please do not hesitate to contact me should you have questions.

Sincerely,

Katie Schwartzmann
Legal Director
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, LA 70156
(504) 522-0744 x22 (o)
(888) 534-2996 (f)
kschwartzmann@laaclu.org