

# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

May 7, 2010

*800 Lafayette Street, Suite 2100*  *300 Fannin Street, Suite 1167*
*Lafayette, LA 70501*  *Shreveport, LA 71101-3083*
*1-337-593-5000*  *1-318-676-4276*


Hon. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA   70130


RE:  Doe v Vermilion Parish School Board
     USDC#   6:09cv1565     USCOA#   10-30378

Dear Sir:

In connection with this appeal, the following items are being transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

   Record on appeal including updated docket entries, consisting of:

   10 volumes of record
   6 volumes of transcript
   5 containers of exhibits
   1 env. w/sealed doc. 47

*Paper record held in Shreveport District clerk's office.  Certified electronic copy this date.

               Very truly yours,

               TONY R. MOORE, Clerk of Court

               BY:     S/ Nancy Lundy
                       Nancy Lundy, Deputy Clerk

nl
Enclosures
cc:    Hon.