# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

RECEIVED
AP MAY 14 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

No. 10-30378

JANE DOE, on behalf of Jill Doe, on behalf of Joan Doe,

    Plaintiff - Appellant

v.

VERMILION PARISH SCHOOL BOARD; RANDY SCHEXNAYDER, Individually and in his official capacity as Superintendent of the Vermilion Parish School Board; BILL SEARLE, Individually and in his official capacity as member of the Vermilion Parish School Board; ANGELA FAULK, Individually and in her official capacity as member of the Vermilion Parish School Board; DEXTER CALLAHAN, Individually and in his official capacity as member of the Vermilion Parish School Board; RICKY LEBOUEF, Individually and in his official capacity as member of the Vermilion Parish School Board; ANTHONY FONTANA, Individually and in his official capacity as member of the Vermilion Parish School Board; CHARLES CAMPBELL, individually and in his official capacity as member of the Vermilion Parish School Board; CHRIS MAYARD, Individually and in his official capacity as member of the Vermilion Parish School Board; RICKY BROUSSARD, Individually and in his official capacity as member of the Vermilion Parish School Board; DAVID DUPUIS, Individually and in his official capacity as Principal of Rene A. Rost Middle School,

    Defendants - Appellees

Appeal from the United States District Court for the
Western District of Louisiana, Lafayette

O R D E R:

    IT IS ORDERED that appellant's unopposed motion to expedite the appeal is GRANTED.

                                            s/s Leslie H. Southwick
                                            LESLIE H. SOUTHWICK
                                            UNITED STATES CIRCUIT JUDGE

MOT16

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By
Deputy   06 MAY 20

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED
MAY 14 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

May 06, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 10-30378   Jane Doe, et al v. Vermilion Parish School Board, et al
       USDC No. 6:09-CV-1565

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk
504-310-7717

P.S. To all counsel: Once the proposed briefing schedule is received in this office and the district court has certified the record on appeal, the briefing schedule will be issued.

Mr. Mark W. Friedman
Ms. Lenora M. Lapidus
Mr. Tony R. Moore
Mrs. Dawn Lauren Morris
Ms. Katharine Murphy Schwartzmann
Mr. Calvin Eugene Woodruff Jr.