# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com



RECEIVED
MAY 14 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

May 13, 2010

VIA FACSIMILE & FEDERAL EXPRESS

Ms. Nancy Lundy, Deputy Clerk
United States District Court, W.D. La.
United States Courthouse
300 Fannin Street
Shreveport, Louisiana 71101-3083

*Doe v. Vermilion Parish School Board et al.*
**Civil Action No. 09-1565**

Dear Ms. Lundy:

Thank you for sending us the record on appeal ("ROA"), a copy of which we have sent to opposing counsel for their review. Pursuant to 5th Cir. R. 30.1, I am writing on behalf of Appellants to advise you of the following items that are missing in the ROA:

1. Deposition Tr. of Errol Faulk (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

2. Deposition Tr. of David Dupuis (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

3. Deposition Tr. of Christopher LeBlanc (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

4. Deposition Tr. of John Roe (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

5. Deposition Tr. of Rachel Lormand (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

6. Deposition Tr. of Larry Gage (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

7. Deposition Tr. of Randy Schexnayder (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

Ms. Nancy Lundy 2 May 13, 2010

8. Deposition Tr. of Jeannie Cormier (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

9. Deposition Tr. of Anthony Fontana (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

10. Deposition Tr. of Dawn Farmer (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

11. Deposition Tr. of Sandra Hebert (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

12. Deposition Tr. of Shannon Monceaux (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

13. Deposition Tr. of Jessica Riebel (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

14. Deposition Tr. of Barry Simon (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

15. Deposition Tr. of Mya Touchet (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

16. Deposition Tr. of Dana Trahan (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

17. Deposition Tr. of Jane Doe (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

18. Deposition Tr. of Joan Doe (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

19. Deposition Tr. of Jill Doe (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

20. Deposition Tr. of Ann Abshire (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

21. Affidavit of Rachael R. Becker (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

22. Affidavit of Alecia Duhon Broussard (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

23. Affidavit of Sandra Hebert (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

Ms. Nancy Lundy 3 May 13, 2010

24. Affidavit of Erika Livers (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

25. Affidavit of Mya Touchet (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

26. Affidavit of Dana Trahan (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

27. Affidavit of Sailor Ruth Dartez (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

28. Affidavit of Michelle A. Gaspard (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

29. Affidavit of Sandra Marie Hargrave (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

30. Affidavit of Patricia LeDoux (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

31. Affidavit of Patricia Levy (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

32. Affidavit of Tracey Ellen Schexnailder (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

33. Affidavit of Bridget L. Touchet (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

34. Declaration of Curt Deshotels (delivered by Fed Ex on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

35. Declaration of Kay Music (delivered by Fed Ex on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

36. Declaration of Lisa Smith (delivered by Fed Ex on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

37. Declaration of Celeste Lambert (delivered by Fed Ex on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11)).

We ask that the Clerk's Office please add these items to the ROA and certify them to the U.S. Court of Appeals for the Fifth Circuit as soon as possible.

Ms. Nancy Lundy                                     4                                    May 13, 2010

      As per your conversation with my colleague Pedro De Oliveira, we will hold on to the original record documents received thus far until we receive the missing items identified above. Once we have the complete ROA, we will then forward it to the Fifth Circuit Clerk's Office as per our agreement with opposing counsel.

      If we can be of any assistance, including providing paper or electronic copies of any items, please call me at (212) 909-6034 or Pedro De Oliveira at (212) 909-6645.

                                  Sincerely,

                                  Mark W. Friedman

cc: Nancy Dolly, Clerk's Office, U.S. Court of Appeals for the Fifth Circuit (via Federal Express)
    Calvin Woodruff, Esq. (via email)
    Dawn Morris, Esq. (via email)
    Katie Schwartzmann, Esq. (via email)