RECEIVED
MAY 2 6 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**DOE v. VERMILION PARISH SCHOOL BOARD, ET AL**
**CIVIL CASE NO. 6:09CV1565 (RTH)**
**JOINT EXHIBITS SUBMITTED AT PRELIMINARY INJUNCTION**
**HEARING HELD ON 2/24/10**

1.  Deposition Tr. of Errol Faulk (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

2.  Deposition Tr. of David Dupuis (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

3.  Deposition Tr. of Christopher LeBlanc (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

4.  Deposition Tr. of John Roe (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

5.  Deposition Tr. of Rachel Lormand (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

6.  Deposition Tr. of Larry Gage (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

7.  Deposition Tr. of Randy Schexnayder (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

8.  Deposition Tr. of Jeannie Cormier (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

9.  Deposition Tr. of Anthony Fontana (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

10. Deposition Tr. of Dawn Farmer (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

11. Deposition Tr. of Sandra Hebert (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

12. Deposition Tr. of Shannon Monceaux (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

13. Deposition Tr. of Jessica Riebel (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

14. Deposition Tr. of Barry Simon (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

**DOE v. VERMILION PARISH SCHOOL BOARD, ET AL**
**CIVIL CASE NO. 6:09CV1565 (RTH)**
**JOINT EXHIBITS SUBMITTED AT PRELIMINARY INJUNCTION**
**HEARING HELD ON 2/24/10**

**CONTINUED FROM PAGE 1 OF 2**

15. Deposition Tr. of Mya Touchet (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

16. Deposition Tr. of Dana Trahan (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

17. Deposition Tr. of Jane Doe (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

18. Deposition Tr. of Joan Doe (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

19. Deposition Tr. of Jill Doe (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

20. Deposition Tr. of Ann Abshire (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

21. Affidavit of Rachael R. Becker (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

22. Affidavit of Alecia Duhon Broussard (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

23. Affidavit of Sandra Hebert (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

24. Affidavit of Erika Livers (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

25. Affidavit of Mya Touchet (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

26. Affidavit of Dana Trahan (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

27. Affidavit of Sailor Ruth Dartez (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

28. Affidavit of Michelle A. Gaspard (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

# DOE v. VERMILION PARISH SCHOOL BOARD, ET AL
## CIVIL CASE NO. 6:09CV1565 (RTH)
## JOINT EXHIBITS SUBMITTED AT PRELIMINARY INJUNCTION
## HEARING HELD ON 2/24/10

### CONTINUED FROM PAGE 2 OF 3

29.   Affidavit of Sandra Marie Hargrave (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

30.   Affidavit of Patricia LeDoux (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

31.   Affidavit of Patricia Levy (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

32.   Affidavit of Tracey Ellen Schexnailder (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

33.   Affidavit of Bridget L. Touchet (hand-delivered to court on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

34.   Declaration of Curt Deshotels (delivered by Fed Ex on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

35.   Declaration of Kay Music (delivered by Fed Ex on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

36.   Declaration of Lisa Smith (delivered by Fed Ex on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11));

37.   Declaration of Celeste Lambert (delivered by Fed Ex on 1/22/10; entered into evidence on 2/24/10 (Hearing Tr. at 3-11)).