

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

May 26, 2010

*800 Lafayette Street, Suite 2100*  *300 Fannin Street, Suite 1167*
*Lafayette, LA 70501*  *Shreveport, LA 71101-3083*
*1-337-593-5000*  *1-318-676-4276*

Hon. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA   70130

RE:   Doe v Vermilion Parish School Board
      USDC#   6:09cv1565      USCOA#   10-30378

Dear Sir:

In connection with this appeal, the following items are being transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

   Supplemental record on appeal including updated docket entries, consisting of:

      1 volumes of record
      4 containers of exhibits.

*Paper record held in Shreveport District Clerk's office.  Certified electronic copy this date.

   Very truly yours,

   TONY R. MOORE, Clerk of Court

   BY:     S/ Nancy Lundy
          Nancy Lundy, Deputy Clerk

nl
Enclosures