RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  6/7/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Date: June 4, 2010

Reply To: Judge Richard T. Haik, Sr.

Subject: Jane Doe v. Vermillion Parish School Board     09-1565

To: All Counsel of Record

## MINUTE ENTRY

Due to the Injunction Hearing held on January 5, 2010, Plaintiff's Motion to Expedite [Doc. 49] is hereby MOOT.

RTH/nmd