UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JANE DOE | * | CIVIL ACTION NO. 09-1565 |
| VERSUS | * | JUDGE HAIK |
| VERMILION PARISH SCHOOL BOARD, ET AL | * | MAGISTRATE JUDGE HILL |

## MINUTE ENTRY

A telephone status conference for the purpose of setting case specific deadlines and a trial date is hereby set for **Tuesday, May 3, 2011, at 3:00 p.m., CDT.** Counsel for Plaintiff shall initiate the conference.

Signed this 27th day of April, 2011, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE