

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | | |
|---|---|---|
| JANE DOE | * | CIVIL ACTION NO. 09-1565 |
| VERSUS | * | JUDGE HAIK |
| VERMILION PARISH SCHOOL BOARD, ET AL | * | MAGISTRATE JUDGE HILL |

## ORDER OF REFERENCE

Considering the consents to trial filed by all parties in this action, **IT IS HEREBY ORDERED** that the above-captioned case be, and the same is hereby referred to the Honorable **C. Michael Hill**, United States Magistrate Judge, to conduct all further proceedings and the entry of judgment.

THUS DONE AND SIGNED on _May 6, 2011_.

_____
Richard T. Haik
United States District Judge

COPY SENT
DATE 5/9/11
BY /gb
TO CMH
MD