UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** | *CIVIL NO. 6:09-1565 |
| **VERSUS** | *MAGISTRATE JUDGE HILL |
| **VERMILION PARISH SCHOOL BOARD, ET AL.** | *BY CONSENT OF THE PARTIES |

## MINUTE ENTRY

A telephone status conference is hereby set for **Wednesday, May 11, 2011, at 2:00 p.m., CDT.** Counsel for plaintiffs shall initiate the conference.

Signed this 9th day of May, 2011, Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE