UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette/Opelousas DIVISION

DOE et al.    CASE NO. 6:09-cv-01565

VERSUS    JUDGE HAIK

VERMILION PARISH    MAGISTRATE HILL
SCHOOL BOARD et al.

ORDER

IT IS ORDERED that Galen Sherwin be and is hereby admitted to the bar of this Court pro hac vice on behalf of DOE et al. in the above described action.

Lafayette, Louisiana, May 16, 2011.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE