IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** *et al.*, | : No. 09-cv-1565 |
| Plaintiff, | : Magistrate Hill |
| vs. | : |
| **VERMILION PARISH SCHOOL BOARD**, *et al.*, | : |
| Defendants. | : |

## ORDER

Having considered the motion of Katie Schwartzmann to withdraw as counsel to Plaintiffs in this action, and having found that Plaintiffs have sufficient representation,

IT IS HEREBY ORDERED that the motion is GRANTED, and Katie M. Schwartzmann is given leave to withdraw as counsel to Plaintiff.

Lafayette, Louisiana, May 16, 2011.

_____
Date

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE