IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
AT LAFAYETTE

----------------------------------------X

JANE DOE, as next friend to her minor daughters, JOAN DOE and JILL DOE,

    Plaintiffs,

v.

VERMILION PARISH SCHOOL BOARD, RANDY SCHEXNAYDER, Superintendent, BILL SEARLE, District A, ANGELA FAULK, District B, DEXTER CALLAHAN, District C, RICKY LEBOUEF, District D, ANTHONY FONTANA, District E, CHARLES CAMPBELL, District F, CHRIS MAYARD, District G, RICKY BROUSSARD, District H, and DAVID DUPUIS, Principal, Rene A. Rost Middle School,

    Defendants.

----------------------------------------X

Civil Action No: 09-CV-1565

ECF Case

Judge C. Michael Hill

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. The discovery period shall commence upon the signing of this Proposed Scheduling Order.

3. The plaintiffs shall disclose any expert witnesses they intend to use no later than **September 2, 2011**. The defendants shall disclose any expert witnesses they intend to use no later than **September 9, 2011**. The parties shall submit any expert witness reports no later than **October 14, 2011.** The parties shall submit rebuttal expert reports no later than **November 11, 2011.** Expert discovery must be completed no later than **November 18, 2011.**

4.     The parties must submit initial interrogatories no later than **August 5, 2011.**  All initial interrogatories must be answered within 30 days after the request is made and no later than **September 2, 2011.**  The parties must submit supplemental interrogatories no later than **September 16, 2011.**  All supplemental interrogatories must be answered within 30 days after the request is made and no later than **October 14, 2011.**

5.     The parties' initial requests for production of documents shall be submitted by **August 5, 2011.**   Responsive documents to the initial request for production of documents shall be produced within 30 days after the request is made and no later than **September 2, 2011.**  The parties' supplemental requests for production of documents shall be submitted by **September 16, 2011.**  Responsive documents to the supplemental request for production of documents shall be produced within 30 days after the request is made and no later than **October 14, 2011.**

6.     The parties' initial requests for admissions shall be submitted by **August 19, 2011.**  Responses to the parties' initial requests for admissions shall be submitted within 30 days after the requests are made and no later than **September 16, 2009.**  The parties' supplemental requests for admissions shall be submitted by **September 30, 2011.**  Responses to the parties' supplemental requests for admissions shall be submitted within 30 days after the requests are made and no later than **October 28, 2011.**

7.     The parties must disclose any fact witnesses that they intend to use no later than **October 31, 2011**.

8.     The parties shall complete all depositions by **November 18, 2011.**

9. The parties shall file all dispositive motions and briefs no later than **November 23, 2011.** Opposition briefs to all dispositive motions must be filed no later than **December 7, 2011.** Reply briefs to all dispositive motions must be filed no later than **December 14, 2011.**

\* \* \* \* \*

Pursuant to LR 5.7.08W, counsel for each party has consented to the terms of this stipulation and authorized inscription of their respective electronic signatures below.

DATED:  July 21, 2011

By: /s/ Mark Friedman
    Mark Friedman
    mwfriedm@debevoise.com
    (Admitted *pro hac* vice)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909 – 6000

/s/ Lenora M. Lapidus
Lenora M. Lapidus
Amy L. Katz
Galen Sherwin
(Admitted *pro hac* vice)
WOMEN'S RIGHTS PROJECT
AMERICAN CIVIL LIBERTIES UNION FDN
125 Broad Street, 18th Floor
New York, New York 10004

/s/ Ronald Lawrence Wilson
Ronald Lawrence Wilson
SCHEUERMANN & JONES
701 Poydras St Ste 4100
New Orleans, LA 70139
(504) 525-4361

*Attorneys for Plaintiffs*

By: /s/ Calvin E. Woodruff, Jr.
    Calvin E. Woodruff, Jr., Esq.
    woody@vrml.k12.la.us
VERMILION PARISH SCHOOLS
P.O. Box 520
Abbeville, LA  70511
(337) 898-5777

/s/  Dawn L. Morris
Dawn L. Morris
Law Office of Dawn L. Morris, LLC
1106 Coolidge Blvd, Suite A
Lafayette, La 70503
(337) 704-2094


*Attorneys for Defendants*

**SO ORDERED:**

_____
C. Michael Hill
United States Magistrate Judge