UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JANE DOE, ET AL** | **CIVIL ACTION NO.  6:09CV1565** |
| **VERSUS** | |
| **VERMILION PARISH SCHOOL BOARD, ET AL** | **MAGISTRATE JUDGE HILL** |

### NOTICE OF MOTION SETTING WITH ORAL ARGUMENT

Please take notice that the Motion to Amend/Correct Complaint (Document No. 137) filed by Jane Doe on July 21, 2011 will be considered by Magistrate Judge C. Michael Hill at the next regular motion date which is September 20, 2011.  Unless you are notified to the contrary, **oral argument will be heard** commencing at 10:00 a.m. in Courtroom 6 of the United States Courthouse, 800 Lafayette Street, Lafayette, Louisiana.

### Deadlines

Any response to said motion is due within twenty-one (21) days after service of the motion (see LR 7.5).   OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.   The movant may **seek leave of court to file a reply** within ten **(10) calendar days** after the memorandum in opposition is filed.  Any reply shall be limited to six (6) double-spaced and typed pages.

### Courtesy Copies Required

A courtesy copy of the briefs and any attachments must be provided to chambers promptly after filing to the following address:

> Hon. C. Michael Hill
> United States Magistrate Judge
> 800 Lafayette St., Suite 3400
> Lafayette, Louisiana 70501

**DATE OF NOTICE: July 22, 2011.**

> TONY R. MOORE
> CLERK OF COURT

COPY SENT
DATE:	July 22, 2011
BY:	csd
TO:	CMH, M. Davenport