UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **JANE DOE** | * | **CASE 6:09-CV-1565** |
| **VERSUS** | * | **MAGISTRATE JUDGE HILL** |
| **VERMILION PARISH SCHOOL BOARD, ET AL** | * | **BY CONSENT OF THE PARTIES** |

## MINUTE ENTRY

Recognizing that there may be some confusion created by Record Documents 134, 138 and 139, the response deadline is 30 days from the date of service of the motion.

Signed this 28th day of July, 2011 at Lafayette, Louisiana.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE