UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

**JANE DOE, as next friend to her minor**     **CIVIL ACTION NO. 6:09-cv-01565**
**Daughters, JOAN DOE and JILL DOE**

**VS.**     **JUDGE HAIK**

**VERMILION PARISH SCHOOL BOARD,**     **MAGISTRATE JUDGE**
**RANDY SCHEXNAYDER, Superintendent,**
**and DAVID DUPUIS, Principal**
*************************************************************************

## ATTACHMENT TO MEMORANDUM OPPOSING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

For the court's convenience, defendants provide the following list of dates each minor has or is attending or is anticipated to attend Rene Rost:

**Jane Doe**     2009-2010     graduated 8th grade May 2010

- As we know, all of Jane Doe's claims were mooted upon her graduation in May of 2010 except for her claim for damages.

**John Washington**     2009-2010     graduated 8th grade May 2010

- Like Jane Doe, all of his claims were mooted upon his graduation in May of 2010. Additionally, his claim for damages for the 2009-2010 school year are untimely as discussed below.

**Jill Doe**     2009-2010     6th grade

     2010-2011     7th grade

     2011-2012     8th grade

- Because there will be no single-sex program at Rene Rost during the 2011-2012 school year, Jill Doe's last year of attendance there, her claims are moot with regards to the 2011-2012 school year and into the future. (See Motion and Memorandum to Dismiss Jill Doe's Claims for the 2011-2012 School Year as moot).

**James Washington**   2009-2010   5th grade

2010-2011   6th grade

2011-2012   7th grade

2012-2013   anticipated 8th grade

- Claims on behalf of James for the 2009-2010 school year are untimely; for the 2011-2012 school year are moot; and for the 2012-2013 year are not yet ripe.

**Joe Washington**   2009-2010   5th grade (repeat)

2010-2011   6th grade

2011-2012   7th grade

2012-2013   anticipated 8th grade

- Claims on behalf of Joe for the 2009-2010 school year are untimely; for the 2011-2012 school year are moot; and for the 2012-2013 year are not yet ripe.

**Jen Doe**   2012-2013   anticipated 5th grade

- Claims for Jen for the 2012-2013 school year are not yet ripe.

Respectfully Submitted:

CALVIN "WOODY" WOODRUFF, JR. (#13666)
Attorney at Law
P.O. Box 520
Abbeville, LA.  70511-0520
Ph:   (337)898-5777
Fax:  (337)898-5781
Attorney for Defendants

       LAW OFFICE OF DAWN L. MORRIS

       *S/Dawn Morris*

       _____
       DAWN L. MORRIS (#27016)
       512 Johnston Street
       Lafayette, La. 70501
       Ph:    337-704-2094
       Fax:   337-408-3572
       Attorney for Defendants

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | |
|---|---|
| **JANE DOE, as next friend to her minor Daughters, JOAN DOE and JILL DOE** | **CIVIL ACTION NO. 6:09-cv-01565** |
| **VS.** | **JUDGE HAIK** |
| **VERMILION PARISH SCHOOL BOARD, RANDY SCHEXNAYDER, Superintendent, and DAVID DUPUIS, Principal** | **MAGISTRATE JUDGE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE

I hereby certify that on this 19th day of August, 2011, a copy of the foregoing Defendants' Attachment to Memorandum in Opposition to Plaintiffs' Amended Complaint filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel below by operation of the Court's electronic filing system.

| | |
|---|---|
| Amy Lynn Katz<br>Law Office of Amy L Katz<br>145 Central Park West<br>New York, NY 10023 | Ronald L. Wilson<br>American Civil Liberties Union<br>Foundation of LA<br>P O Box 56157<br>New Orleans, LA 70156<br>Counsel for Plaintiffs |
| Lenora M Lapidus<br>American Civil Liberties Union<br>125 Borad St 18th Fl<br>New York, NY 10004<br>Counsel for Plaintiffs<br>Megan K Bannigan<br>Debevoise & Plimpton<br>919 3rd Ave<br>New York, NY 10022<br>Counsel for Plaintiffs | Mark W Friedman<br>Debevoise & Plimpton<br>919 3rd Ave<br>New York, NY 10022<br>Counsel for Plaintiffs<br>Michael R Potenza<br>Debevoise & Plimpton<br>919 3rd Ave<br>New York, NY 10022<br>Counsel for Plaintiffs |

| | |
|---|---|
| Naveen Kabir<br>American Civil Liberties Union Foundation<br>125 Borad St 18th Fl<br>New York, NY 10004<br>Counsel for Plaintiffs | Julie M. Calderon Rizzo<br>Debevoise & Plimpton<br>919 3rd Ave<br>New York, NY 10022<br>Counsel for Plaintiffs |

Galen Sherwin
American Civil Liberties Union Foundation
125 Borad Street, 18th Fl
New York, NY 10004
Counsel for Plaintiff

                              *S/Dawn Morris*

                              DAWN L. MORRIS    #27016