UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

DOE, ET AL     CASE NO.    6:09-CV-1565
vs.     MAGISTRATE JUDGE HILL
VERMILION PARISH SCHOOL BOARD, ET AL     BY CONSENT OF THE PARTIES

## MINUTES OF COURT
## MOTION HEARING

Date: 09/20/2011     Presiding: Magistrate. Judge Hill
Court Opened: 10:00 a.m.     Courtroom Deputy: Molly Davenport
Court Adjourned: 11:45 a.m.     Court Reporter: Cathy Marquardt
**Statistical Time: 01:45**

**APPEARANCES:**
Galen Sherwin and Lenora Lapidus, for the plaintiff
Calvin E. Woodruff, Jr. and Dawn Lauren Morris for the defendants

**CASE CALLED FOR**
X  Hearing on Motion record document numbers 136 & 137

**COMMENTS:**

      Accordingly, the Court, after hearing argument on the Motion to Dismiss Claims of Jill Doe as Moot by David, Dupuis, Randy Schexnayder, Vermilion Parish School Board [rec doc 136], has taken the matter UNDER ADVISEMENT.

      After hearing argument on the Motion to Amend/Correct Complaint with Opposition *Plaintiff's Motion for Leave to Amend the Complaint* by Jane Doe [rec doc 137], the Court GRANTED the motion for reasos orally assigned. The Clerk of Court is ORDERED to file the Amended Complaint and all attachments into the record.

      The deadline for any Motion to Dismiss the amending complaint is October 5, 2011. The Opposition deadline for any Motion to Dismiss is October, 19, 2011. Oral argument on any Motion to Dismiss is set for **October 27, 2011 at 9:30 a.m.** before U.S. Magistrate Judge Hill. Counsel are to notify the court if argument is waived.

*[signature]*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE