# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **JANE DOE, as next friend to** her minor daughters, **JOAN DOE and JILL DOE, ET AL.,** | **CIVIL ACTION NO.: 09-CV-1565** |
| **VERSUS** | **HON. JUDGE C. MICHAEL HILL** |
| **VERMILION PARISH SCHOOL BOARD, ET AL.** | **BY CONSENT OF THE PARTIES** |

### MINUTE ENTRY AND ORDER STAYING PROCEEDINGS

The parties have jointly moved for a stay of these proceedings in order to engage in settlement discussions.  The Court will grant the stay, but informs the parties that the Court intends to maintain the currently scheduled trial date.  Accordingly;

CONSIDERING THE FOREGOING;

**IT IS HEREBY ORDERED** that all proceedings in this matter are **STAYED** for sixty (60) days from the date of this Order so that the parties may conduct settlement negotiations. The parties are:

(a) **ORDERED** to file a proposed consent decree with the Court no later than 60 days from the date of this order, OR, should they fail to reach an agreement in that time, the parties are,

(b) **ORDERED** to file a **joint** status report on or before the same date.  The Court will **only accept a joint report**.

October 3, 2011, Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE