UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE DOE | * | CIVIL NO. 6:09-1565 |
| VERSUS | * | MAGISTRATE JUDGE HILL |
| VERMILION PARISH SCHOOL BOARD, ET AL. | * | BY CONSENT OF THE PARTIES |

MINUTES OF TELEPHONE STATUS CONFERENCE

On October 7, 2011, the undersigned held a telephone status conference.[1] Participating in the conference were Michael R. Potenza and Galen Sherwin, representing plaintiffs, Jane Doe *et al*, and Calvin E. Woodruff, Jr., representing defendants, Vermilion Parish School Board, Randy Schexnayder, and David Dupuis. The parties indicated that this matter has settled in its entirety. The parties are to present a consent decree for consideration by the Court.

Signed this 7th day of October, 2011, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 30 minutes.

The deadline for filing briefs on the preliminary injunction is extended to **June 3, 2011.** Any **Reply**, limited to five (5) typed pages, may be filed on or before **June 8, 2011.** Copies shall be delivered to Chambers at the time of filing.

The parties have tentatively agreed to a trial date of January 9, 2012, with one week reserved for the trial.

Signed this 12th day of May, 2011, Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE