UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE DOE** | * | **CIVIL NO. 6:09-1565** |
| **VERSUS** | * | **MAGISTRATE JUDGE HILL** |
| **VERMILION PARISH SCHOOL BOARD, ET AL.** | * | **BY CONSENT OF THE PARTIES** |

### JUDGMENT OF DISMISSAL

The Court having been advised that the above action, bearing docket no. 09-1565, has been settled; **IT IS ORDERED** that the action bearing docket no. 09-1565 is **DISMISSED.** Within sixty (60) days of the date of this Order, upon good cause shown, the parties may move to reopen this action if settlement is not consummated.

Signed this 7th day of October, 2011, at Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE